UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONIA HOVNANIAN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50,<br><br>Defendants. | Case No. 2:22-cv-05101-RGK (MARx)<br><br>Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE [38]<br><br>[*Joint Stipulation filed concurrently*<br><br>[Complaint Filed:  June 14, 2022] |

Defendant Costco Whole Corporation and Plaintiff Sonia Hovnanian filed a Joint Stipulation to Dismiss the Entire Action without Prejudice, pursuant to Federal Rule of Civil Procedure Section 41(a).

After considering the Joint Stipulation and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

1. The action is hereby DISMISSED without prejudice.

   **IT IS SO ORDERED**

Dated: _____**October 13**_____, 2023

By: _____*Gary Klausner*_____

THE HONORABLE R. GARY KLAUSNER

U.S DISTRICT JUDGE

-3-